IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Civil Action No. 2:12-cv-61-JRG-RSP <br><br> CONSOLIDATED <br><br> JURY TRIAL DEMANDED |
| TQP DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CATALYST CORPORATE FEDERAL CREDIT UNION, ET AL., <br><br> Defendants. | Civil Action No. 2:12-cv-258-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC and defendant Catalyst Corporate Federal Credit Union, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing the complaint and all claims and counterclaims pending or that could have been brought between them in *TQP Development, LLC v. Catalyst Corporate Federal Credit Union, et al.*, Case No. 2:12-cv-258, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

Dated:  February 15, 2013                               Respectfully submitted,

| | |
|---|---|
| By: \s\ Steven N. Williams<br>Steven N. Williams<br>swilliams@mkwpc.com<br>Texas Bar No. 21577625<br>Robert W. Turner<br>rturner@mkwpc.com<br>Texas Bar No. 20329000<br>William Z. Duffy<br>zduffy@mkwpc.com<br>Texas Bar No. 24059697<br>MCDOLE, KENNEDY & WILLIAMS, PC<br>1700 Pacific Avenue, Suite 1280<br>Dallas, Texas 75201<br>(214) 979-1122 - Telephone<br>(214) 979-1123 – Facsimile<br><br>**Attorney for Defendant**<br>**CATALYST CORPORATE FEDERAL CREDIT UNION** | By: \s\ *Adam S. Hoffman*<br>Adam S. Hoffman<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Kevin P. Burke, CA SB No. 241972<br>Email: kburke@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-699<br><br>Andrew W. Spangler, State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>James A. Fussell, III, State Bar No. 2003193<br>Email: fussell@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

## CRTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Adam S. Hoffman*
Adam S. Hoffman

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: February 15, 2013

*/s/      Adam S. Hoffman*
Adam S. Hoffman