IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Civil Action No. 2:12-cv-61-JRG-RSP <br><br> CONSOLIDATED <br><br> JURY TRIAL DEMANDED |
| TQP DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SECURITY SERVICE FEDERAL CREDIT UNION, <br><br> Defendant. | Civil Action No. 2:12-cv-72-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of plaintiff TQP Development, LLC's complaint and all claims and counterclaims of defendant Security Service Federal Credit Union pending in *TQP Development, LLC v. Security Service Federal Credit Union,* Case No. 2:12-cv-00072, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that the complaint and all claims and counterclaims pending in Case No. 2:12-cv-00072 are hereby dismissed with prejudice

subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated February 26, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 5th day of March, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE