# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WELLS FARGO BANK, N.A., § <br> § <br> Defendant. § <br> § | No. 2:12-CV-61-JRG-RSP <br><br> CONSOLIDATED <br><br> JURY TRIAL DEMANDED |

## SUBMISSION OF JOINT CLAIM CONSTRUCTION CHART

Pursuant to local Patent Rule 4-5(d) of the United States District Court for the Eastern District of Texas and the Court's Docket Control Order, the Parties submit the Joint Claim Construction Chart attached hereto as Exhibit A which include both the disputed and agreed claim terms.

Dated:  May 3, 2013                                          Respectfully Submitted,

| ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC | ATTORNEYS FOR DEFENDANT COSTCO WHOLESALE CORPORATION |
|---|---|
| \s\ *Paul A. Kroeger* <br><br> Andrew W. Spangler <br> State Bar No. 24041960 <br> Spangler & Fussell P.C. <br> 208 N. Green St., Suite 300 <br> Longview, TX 75601 <br> Telephone:  (903) 753-9300 <br> Facsimile:  (903) 553-0403 <br> Email: spangler@sfipfirm.com | /s/ Scott E. Davis <br> Scott E. Davis (OR Bar No. 022883) <br> scott.davis@klarquist.com <br> John D. Vandenberg (OR Bar No. 893755) <br> john.vandenberg@klarquist.com <br> Philip Warrick (OR Bar No. 116191) <br> philip.warrick@klarquist.com <br> Derrick W. Toddy (OR Bar No. 072043) <br> derrick.toddy@klarquist.com <br> KLARQUIST SPARKMAN, LLP |

| | |
|---|---|
| James A. Fussell, III<br>AR State Bar No. 2003193<br>Spangler & Fussell P.C.<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br>Email: fussell@sfipfirm.com<br><br>Marc Fenster<br>mfenster@raklaw.com<br>Adam Hoffman<br>Email: ahoffman@raklaw.com<br>Alexander Giza<br>Email: agiza@raklaw.com<br>Kevin Burke<br>Email: kburke@raklaw.com<br>Paul A. Kroeger<br>Email: Pkreoger@raklaw.com<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>310-826-7474<br>Fax: 310-826-6991 | 121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301<br><br>Deron R. Dacus<br>ddacus@dacusfirm.com<br>Shannon Dacus<br>sdacus@dacusfirm.com<br>THE DACUS FIRM<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Tel/Fax: (903) 705-1117<br>Direct dial: (903) 705-7233 |
| **ATTORNEYS FOR DEFENDANT CABLE ONE, INC.** | **ATTORNEYS FOR DEFENDANT DISH NETWORK, LLC.** |
| /s/ *Mitchell D. Lukin*<br>Mitchell D. Lukin<br>BAKER BOTTS L.L.P.<br>Mitchell D. Lukin<br>Lead Attorney<br>State of Texas Bar No. 12678750<br>Robinson Vu<br>State of Texas Bar No. 24047046<br>M. Natalie Alfaro<br>State of Texas Bar No. 24069286<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002<br>Tel: 713-229-1733<br>Fax: 713-229-7733<br>mitch.lukin@bakerbotts.com<br>robinson.vu@bakerbotts.com | /s/ *Ali Dhanani*<br><br>G. Hopkins Guy, III<br>Attorney-in-Charge<br>California State Bar No. 124811<br>hop.guy@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, California 94304<br>Tel.: (650) 739-7510<br>Fax: (650) 739-7610<br><br>Michael Hawes<br>Texas State Bar No. 24010761<br>michael.hawes@bakerbotts.com<br>Ali Dhanani |

| | |
|---|---|
| natalie.alfaro@bakerbotts.com<br><br>Michael C. Smith<br>Texas State Bar No. 18650410<br>Siebman, Burg, Phillips & Smith, LLP<br>P.O. Box 1556<br>Marshall, Texas 75671-1556<br>Tel: 903-938-8900<br>Fax: 972-767-4620<br>michaelsmith@siebman.com | Texas State Bar No. 24055400<br>ali.dhanani@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>Tel.:  (713) 229-1234<br>Fax:  (713) 229-1522<br><br>Otis W. Carroll<br>Texas State Bar No. 03895700<br>otiscarroll@icklaw.com<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 South Broadway Avenue, Suite 500<br>Tyler, TX 75703<br>Tel.: (903) 561-1600<br>Fax: (903) 581-1071 |
| **ATTORNEYS FOR DEFENDANT GOOGLE, INC.** | **ATTORNEYS FOR DEFENDANT FEDEX TRADE NETWORKS and FEDEX CORPORATE SERVICES** |
| /s/ *Wasif Qureshi*<br><br>Neil McNabnay<br>TX Bar No. 24002583<br>mcnabnay@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br><br>Wasif Qureshi<br>TX Bar No. 24048155<br>qureshi@fr.com<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77019<br>Tel: (713) 654-5300 | /s/ *Wasif Qureshi*<br><br>Katherine Kelly Lutton<br>CA Bar No. 194971<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5070<br>Fax: (650) 839-5071<br>lutton@fr.com<br><br>David M. Hoffman<br>TX Bar No. 24046084<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 810<br>Austin, TX 78701<br>Tel: (512) 226-8154<br>Fax: (512) 320-8935<br>dhoffman@fr.com<br>Wasif Qureshi<br>TX Bar No. 24048155<br>qureshi@fr.com |

| | FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77019<br>Tel: (713) 654-5300 |
|---|---|
| **ATTORNEYS FOR DEFENDANT ANN, INC.  AND GILT GROUP, INC.** | **ATTORNEYS FOR DEFENDANT LOWES HOME CENTERS, INC.** |
| /s/ *Charles E. Phipps*<br><br>Charles E. Phipps<br>Texas Bar No. 00794457<br>Joseph A. Unis, Jr.<br>State Bar No. 24075625<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-6776<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800<br>E-mail: junis@lockelord.com<br><br>Gaston Kroub (Pro Hac Vice)<br>New York Bar No. 4014304<br>LOCKE LORD LLP<br>Three World Financial Center<br>New York, New York 10281-2101<br>Telephone: (212) 415-8585<br>Facsimile: (646) 224-9665<br>E-mail: gkroub@lockelord.com | /s/ *Michael A. Oaks*<br><br>Edward F. Fernandes<br>efernandes@hunton.com<br>TQP-Lowes@hunton.com<br>HUNTON & WILLIAMS, LLP<br>111 Congress Avenue, Suite 1800<br>Austin, TX 78701<br>Telephone: (512) 542-5000<br>Facsimile: (512) 542-5049<br><br>Michael A. Oakes<br>moakes@hunton.com<br>TQP-Lowes@hunton.com<br>HUNTON & WILLIAMS, LLP<br>2200 Pennsylvania Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 419-2172<br>Facsimile: (202) 778-7459 |
| **ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.** | |
| s/ *Mackenzie M. DeWerff*<br><br>Jay F. Utley Texas Bar No. 00798559 E-Mail: jay.utley@bakermckenzie.com W. Barton Rankin Texas Bar No. 24037333 E-Mail: bart.rankin@bakermckenzie.com Teresa H. Michaud Texas Bar No. 24051788 E-Mail: teresa.michaud@bakermckenzie.com Mackenzie M. DeWerff Texas Bar No. 24066659 E-Mail: mackenzie.dewerff@bakermckenzie.com | |

5

| | |
|---|---|
| BAKER & MCKENZIE LLP 2300 Trammell Crow Center 2001 Ross Avenue Dallas, Texas 75201 Telephone: (214) 978-3000 Facsimile: (214) 978-3099 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 3rd day of May, 2013.

/s/   Paul A. Kroeger
Paul A. Kroeger