# EXHIBIT A

***TQP Development, LLC v. Wells Fargo & Company,* Civil Action No. 2:11-cv-61-JRG-RSP**
**P.R. 4-5(d) Claim Construction Chart**

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1:<br>A method for transmitting data comprising a sequence of **blocks** in encrypted form over a communication link from a transmitter to a receiver comprising, in combination, the steps of: **providing a <u>seed value</u> to both said transmitter and receiver,** generating a first sequence of pseudo-random key values based on said **seed value** at said transmitter, **each new key value in said sequence being produced at a time dependent upon a predetermined characteristic of the data being transmitted over said link,** encrypting the data sent over said link at said transmitter in accordance with said first sequence, generating a second | **Predetermined**, as in "Predetermined Characteristic Of The Data" and "Predetermined Number Of Said Blocks" ('730 column 12, lines 35, 43, 48)<br><br>Instances in the written description:<br>'730 abstract; column 1, line 53; column 3, lines 19, 22, 30, 39; column 12, line 53 | Determined before any communication over the communication link, but not an inherent property of the encryption or key-generation algorithms | No construction necessary<br><br>Alternatively, "determined before any communication of a sequence of encrypted blocks" | |
| | **A new one of said key values in said first and second sequences being produced each time a predetermined number of said blocks are transmitted over said link**<br>'730 column 12, lines 46-49 | Using a new key value in each sequence each time the transmitter transmits a predetermined (and pre-supplied) number of blocks over the link to the receiver, and only at those times | A new key value in the first and second sequence is produced each time a predetermined number of blocks are transmitted over the link | |
| | **Seed value**<br>('730 column 12, lines | The supplied value which initializes the | No construction necessary | |

1

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| sequence of pseudo-random key values based on said **seed value** at said receiver, **each new key value in said sequence being produced at a time dependent upon said <u>predetermined</u> characteristic of said data transmitted over said link** such that said first and second sequences are identical to one another **a new one of said key values in said first and said second sequences being produced each time a <u>predetermined</u> number of said <u>blocks</u> are transmitted over said link**, and decrypting the data sent over said link at said receiver in accordance with said second sequence. | 29-30)<br><br>Instances in the written description:<br>'730 abstract; column 1, lines 45, 67; column 2, line 17; column 3, line 32; column 4, lines 5, 16; column 5, lines 12-13, 17; column 9, lines 52, 56, 59; column 11, line 6 | generating of the pseudo-random numbers | | |
| | **Providing a seed value to both said transmitter and receiver**<br>('730 column 12, lines 29-30) | Providing the same seed value to both the transmitter and receiver from different secured links | Providing the same seed value to both the transmitter and receiver | |
| | **Block**:<br>('730 column 12, line 27)<br><br>Instances in the written description:<br>"block":<br>'730 column 3, line 21; column 8, line 23; column 12, line 53<br>"block counter": | A group of bits longer than a byte (in encrypted form)[1] | A group of bits, such as a character, word, or other unit of data | |

---

[1] Defendants would agree to drop the "(in encrypted form)" portion of their construction if TQP agrees that "said blocks" recited in claim 1 are "in encrypted form" consistent with the recitation of "blocks in encrypted form" in the preamble.  TQP has not responded to that proposal.

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '730 figs. 1, 4; column 3, lines 16, 20, 26, 34, 50, 62, 64; column 4, lines 6, 7; column 8, line 26; column 9, lines 13, 15, 34, 36, 38, 39 | | | |
| | **Receiver**; **Transmitter** ('730 column 12, lines 28, 30, 31, 33, 41) Instances in the written description: '730 C1 column 1, line 21; column 4, line 19; column 5, line 68 | Ordinary meaning | No construction necessary | |
| | **Each of the asserted claims as a whole** (claims 1, 3, 6, 8, 9, and 10) | Does not require any particular machine or any particular transformation of any particular article | No construction necessary | |
| | **Each new key value in said [first] sequence being produced at a time dependent upon a predetermined characteristic of the data being transmitted over said link** | Defendants do not seek to have this term construed for these cases; Defendants contend that no construction of this term is necessary in view of the other constructions | A new key value in the first sequence is produced each time a condition based on a predetermined characteristic of the transmitted data is met at the | |

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | ('730 column 12, lines 34-37) | Defendants proffered | transmitter | |
| | **Each new key value in said [second] sequence being produced at a time dependent upon said predetermined characteristic of said data transmitted over said link** ('730 column 12, lines 34-37) | Defendants do not seek to have this term construed for these cases; Defendants contend that no construction of this term is necessary in view of the other constructions Defendants proffered | A new key value in the second sequence is produced each time a condition based on a predetermined characteristic of the transmitted data is met at the receiver | |
| | The preamble of claim 1: A method for transmitting data comprising a sequence of blocks in encrypted form over a communication link from a transmitter to a receiver comprising, in combination, the steps of ('730 column 12, lines 25-28) | [Agreed] | [Agreed] | The preamble is limiting and requires: "a method for transmitting data comprising a sequence of blocks in encrypted form over a communication link from a transmitter to a receiver." |
| | Data ('730 column 12, lines 25, 35, 37, 44, 50; '730 C1 column 2, lines 22, 24, 16) | [Agreed] | [Agreed] | No construction necessary |

4

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | Communication link from a transmitter to a receiver ('730 column 12, lines 26-27) | [Agreed] | [Agreed] | No construction necessary |
| | Based on said seed value ('730 column 12, lines 32, 41) | [Agreed] | [Agreed] | "based exclusively on said seed value" |
| | Encrypting the data ('730 column 12, line 37, '730 C1 column 2, line 26) | [Agreed] | [Agreed] | "converting clear text data into cipher text" |
| | Decrypting the data ('730 column 12, line 50) | [Agreed] | [Agreed] | "converting cipher text into clear text" |
| | Pseudo-random key values ('730 column 12, lines 31-32, 40-41) | [Agreed] | [Agreed] | "a sequence of numbers that are generated by supplying a seed value to an algorithm, the sequence of numbers have no apparent regularities unless the seed value and algorithm are known or determined" |
| Claim 3: | Associating with each of | [Agreed] | [Agreed] | |

5

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| The method of claim 1, further comprising: at said transmitter, associating with each of a plurality of remote locations with which secured communication is required different seed values, and wherein said provided seed value is one of said different seed values | a plurality of remote locations with which secured communication is required different seed values ('730 C1 column 1, lines 21-23) | | | "when secured communication is required with two or more remote locations, associating, at the transmitter, a different seed value with each of the remote locations" |
| Claim 6: The method of claim 1, wherein said provided seed value is one of a number of different seed values for a plurality of remote locations with which secure communication is required | Said provided seed value is one of a number of different seed values for a plurality of remote locations with which secured communication is required ('730 C1 column 2, lines 5-8) | [Agreed] | [Agreed] | "when secured communication is required with two or more remote locations, providing more than one seed value for a number of the remote locations for which secured communication is required" |
| Claim 8: The method of claim 1, further comprising: associating different ones of seed values with each of a plurality of remote locations with which secured communication is | Associating different ones of seed values with each of a plurality of remote locations with which secured communication is required ('730 C1 column 2, lines | [Agreed] | [Agreed] | "when secured communication is required with two or more remote locations, associating a different seed value with each of the remote locations" |

6

| Asserted Claim | Disputed or Agreed Term | Defendant's Proposed Construction | Plaintiff's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| required | 15-17) | | | |
| Claim 10:<br>The method of claim 9, further comprising:<br>**compressing the data prior to encrypting the data.** | **Compressing the data prior to encrypting the data** | Applying a compression function to all of the data to reduce the size of the data to be encrypted and transmitted | No construction necessary | |

7