**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **No. 2:12-CV-61-JRG-RSP** |
| **WELLS FARGO BANK, N.A.,** | § § | **CONSOLIDATED** |
| **Defendant.** | § § § | **JURY TRIAL DEMANDED** |
| **TQP DEVELOPMENT, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **No. 2:10-CV-446-JRG-RSP** |
| **DELL INC., ET AL.** | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC and defendant Costco Wholesale Corporation pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims between them, including all claims relating to U.S. Patent No. 5,412,730 and its *ex parte* reexamination certificate issued on September 20, 2011, No. US 5,412,730 C1, in the lead consolidated case, *TQP Development, LLC v. Wells Fargo Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. Dell Inc.*, Case No. 2:10-cv-446, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

July 10, 2013                              Respectfully submitted,

| | |
|---|---|
| By: /s/ *Scott E. Davis* <br> Scott E. Davis <br><br> John D. Vandenberg (OR Bar No. 893755) <br> john.vandenberg@klarquist.com <br> Scott E. Davis (OR Bar No. 022883) <br> scott.davis@klarquist.com <br> Derrick W. Toddy (OR Bar No. 072043) <br> derrick.toddy@klarquist.com <br> **KLARQUIST SPARKMAN, LLP** <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, Oregon 97204 <br> Telephone: (503) 595-5300 <br> Facsimile: (503) 595-5301 <br><br><br> **Attorneys for Defendant** <br> **COSTCO WHOLESALE** <br> **CORPORATION** | By: \s\  Paul A. Kroeger <br> Paul A. Kroeger <br><br> Marc A. Fenster, CA SB No. 181067 <br> Email: mfenster@raklaw.com <br> Kevin P. Burke, CA SB No. 241972 <br> Email: kburke@raklaw.com <br> Adam S. Hoffman, CA SB No. 218740 <br> Email: ahoffman@raklaw.com <br> Alexander C.D. Giza, CA SB No. 212327 <br> Email: agiza@raklaw.com <br> Paul A. Kroeger, CA SB No. 229074 <br> Email: pkroeger@raklaw.com <br> **Russ August & Kabat** <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> Telephone: (310) 826-7474 <br> Facsimile: (310) 826-699 <br><br> Andrew W. Spangler, State Bar No. 24041960 <br> Email: spangler@sfipfirm.com <br> **Spangler & Fussell P.C.** <br> 208 N. Green St., Suite 300 <br> Longview, TX 75601 <br> Telephone: (903) 753-9300 <br> Facsimile: (903) 553-0403 <br><br> James A. Fussell, III, State Bar No. 2003193 <br> Email: fussell@sfipfirm.com <br> **Spangler & Fussell P.C.** <br> 211 N. Union Street, Suite 100 <br> Alexandria, VA 22314 <br> Telephone: (903) 753-9300 <br> Facsimile: (903) 553-0403 <br><br> **Attorneys for Plaintiff** <br> **TQP DEVELOPMENT, LLC** |

### CRTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: July 10, 2013

*/s/ Paul A. Kroeger*
Paul A. Kroeger