**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 2:12-CV-61-JRG-RSP** |
| | § | |
| **WELLS FARGO BANK, N.A.,** | § | **CONSOLIDATED** |
| | § | |
| **Defendant.** | § | **JURY TRIAL DEMANDED** |
| | § | |

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 2:10-CV-446-JRG-RSP** |
| | § | |
| **DELL INC., ET AL.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff TQP Development, LLC and defendant Lowe's Home Centers, Inc.
pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims
asserted between them in the lead consolidated case, *TQP Development, LLC v. Wells Fargo
Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. Dell, Inc.*, Case No. 2:10-cv-
446, WITH PREJUDICE, subject to the terms of that certain agreement entitled
"**AGREEMENT**" and dated July 10, 2013, with each party to bear its own costs, expenses and
attorneys' fees.

SO STIPULATED:

July 11, 2013                          Respectfully submitted,

| | |
|---|---|
| /s/ *Michael A. Oakes* | By: \s\  *Paul A. Kroeger* |
| Edward F. Fernandes | Paul A. Kroeger |
| efernandes@hunton.com | |
| TQP-Lowes@hunton.com | Marc A. Fenster, CA SB No. 181067 |
| **HUNTON & WILLIAMS, LLP** | Email: mfenster@raklaw.com |
| 111 Congress Avenue, Suite 1800 | Kevin P. Burke, CA SB No. 241972 |
| Austin, TX 78701 | Email: kburke@raklaw.com |
| Telephone: (512) 542-5000 | Adam S. Hoffman, CA SB No. 218740 |
| Facsimile: (512) 542-5049 | Email: ahoffman@raklaw.com |
| | Alexander C.D. Giza, CA SB No. 212327 |
| Michael A. Oakes | Email: agiza@raklaw.com |
| moakes@hunton.com | Paul A. Kroeger, CA SB No. 229074 |
| TQP-Lowes@hunton.com | Email: pkroeger@raklaw.com |
| **HUNTON & WILLIAMS, LLP** | **Russ August & Kabat** |
| 2200 Pennsylvania Ave, NW | 12424 Wilshire Boulevard, 12th Floor |
| Washington, DC 20037 | Los Angeles, CA 90025 |
| Telephone: (202) 419-2172 | Telephone: (310) 826-7474 |
| Facsimile: (202) 778-7459 | Facsimile: (310) 826-699 |
| | |
| | Andrew W. Spangler, State Bar No. |
| **Attorneys for Defendant** | 24041960 |
| **LOWES HOME CENTERS, INC.** | Email: spangler@sfipfirm.com |
| | **Spangler & Fussell P.C.** |
| | 208 N. Green St., Suite 300 |
| | Longview, TX 75601 |
| | Telephone: (903) 753-9300 |
| | Facsimile: (903) 553-0403 |
| | |
| | James A. Fussell, III, State Bar No. |
| | 2003193 |
| | Email: fussell@sfipfirm.com |
| | **Spangler & Fussell P.C.** |
| | 211 N. Union Street, Suite 100 |
| | Alexandria, VA 22314 |
| | Telephone: (903) 753-9300 |
| | Facsimile: (903) 553-0403 |
| | |
| | **Attorneys for Plaintiff** |
| | **TQP DEVELOPMENT, LLC** |

**CRTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: July 11, 2013

*/s/ Paul A. Kroeger*
Paul A. Kroeger