**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC**<br><br>                              Plaintiff,<br><br>        **v.**<br><br>**WELLS FARGO BANK, N.A.,**<br><br>                         Defendants. | **Civil Action No. 2:12-cv-61-JRG-RSP**<br><br>**CONSOLIDATED** |

## AGREED JUDGMENT AND DISMISSAL WITH PREJUDICE

The Court hereby enters this Judgment and Dismissal with Prejudice as follows:

The Court hereby DISMISSES WITH PREJUDICE any and all claims or causes of action that have been or could have been brought by Plaintiff, TQP Development, LLC ("TQP"), in this lawsuit against Defendant, Wells Fargo Bank N.A. ("Wells Fargo"), and/or any of Wells Fargo's parents, subsidiaries, affiliates, or any person or entity that could have been sued by virtue of accessing any Wells Fargo branded website or system that has been or could have been accused of infringement relating to or involving in any way United States Patent No. 5,412,730.

The Court hereby DISMISSES WITH PREJUDICE any and all claims or causes of action that have been or could have been brought by Wells Fargo against TQP in this lawsuit that relate to or involve United States Patent No. 5,412,730.

Each party shall bear its own fees and costs in conjunction with this litigation.

This is a judgment on the merits with respect to the claims and causes of action covered by this Agreed Judgment and Dismissal with Prejudice.

The Clerk is ORDERED to terminate Wells Fargo Bank N.A. from Case No. 2:12-cv-61.

**SIGNED this 27th day of October, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE