UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>    Defendants. | Case No. 2:12-CV-061-JRG-RSP<br><br>CONSOLIDATED |
| TQP DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 2:12-CV-192-JRG-RSP<br><br>JURY TRIAL REQUESTED |

**STIPULATED MOTION FOR DISMISSAL**

The plaintiff, TQP Development LLC, and defendant Google Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims WITH PREJUDICE, and counterclaims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated December 11, 2013, with each party to bear its own costs, expenses and attorneys' fees.

.

Dated:  December 19, 2013                    Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Paul A. Kroeger*
    Marc A. Fenster, CA SB No. 181067
    Email: mfenster@raklaw.com
    Adam S. Hoffman, CA SB No. 218740
    Email: ahoffman@raklaw.com
    Alexander C.D. Giza, CA SB No. 212327
    Email: agiza@raklaw.com
    Paul A. Kroeger, CA SB No. 229074
    Email: pkroeger@raklaw.com
    Russ August & Kabat
    12424 Wilshire Boulevard, 12th Floor
    Los Angeles, CA 90025
    Telephone: (310) 826-7474
    Facsimile: (310) 826-699

    Andrew W. Spangler, State Bar No. 24041960
    Email: spangler@spanglerlawpc.com
    Spangler Law P.C.
    208 N. Green St., Suite 300
    Longview, TX 75601
    Telephone: (903) 753-9300
    Facsimile: (903) 553-0403

**Counsel for Plaintiff
TQP DEVELOPMENT, LLC**.

**FISH & RICHARDSON P.C.**

By: */s/ Wasif Qureshi*

Thomas M. Melsheimer
Texas State Bar No. 13922550
melsheimer@fr.com
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Andrew Thompson Gorham
Texas Bar No. 24012715
gorham@fr.com
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
James Y. Wang
Texas Bar No. 24084042
wang@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214.747.5070
Facsimile: 214.747.2091

Wasif Qureshi
qureshi@fr.com
Texas Bar No. 24048155
1221 McKinney St., Suite 2800
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 - Facsimile

**Counsel for Defendant
GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and the Defendant does not oppose the relief sought.

*/s/ Paul A. Kroeger*
Paul A. Kroeger