# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**WELLS FARGO & COMPANY, et al.,**<br><br>        Defendants. | **Case No. 2:12-CV-061-JRG-RSP**<br><br>**CONSOLIDATED** |
| **TQP DEVELOPMENT, LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**GOOGLE INC.,**<br><br>        Defendant. | **Case No. 2:12-CV-192-JRG-RSP** |

## ORDER OF DISMISSAL

**CAME ON THIS DAY** for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff TQP Development, LLC against defendant Google Inc., and Dismissal Without Prejudice of all counterclaims asserted by Google, Inc. against TQP Development, LLC in the lead consolidated case, *TQP Development, LLC v. Wells Fargo, N.A.*, Case No. 2:12-cv-061, and *TQP Development LLC v. Google Inc.*, Case No. 2:12-cv-192, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED, that all claims asserted by TQP Development, LLC against Google Inc. in this action are dismissed WITH PREJUDICE and all

counterclaims asserted by Google Inc. against TQP Development, LLC in this action are dismissed WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated December 11, 2013.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to close Case Nos. 2:12-cv-61 and 2:12-cv-192.

**SIGNED this 20th day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE